# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNISA MAYER,<br><br>　　　　　　　Plaintiff,<br>vs.<br>SALLIE MAE,<br><br>　　　　　　　Defendant. | CASE NO. 08cv853 IEG AJB<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT |

On September 23, 2008, the Court received plaintiff's Amended Complaint. (Doc. No. 4). This rendered Defendant's motion to dismiss moot. See Progressive West Ins. Co. v. Dallo, 2008 WL 2220408 (S.D. Cal. May 27, 2008). Therefore, the court **DENIES** defendant's motion to dismiss as moot.

**IT IS SO ORDERED**

DATED: September 29, 2008

　　　　　　　　　　　　　　　　　　　　　　_Irma E. Gonzalez_
　　　　　　　　　　　　　　　　　　　　　　IRMA E. GONZALEZ, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court